**Motions Granted; Affirmed and Memorandum Opinion filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

---

**NOS. 14-13-00244-CR &
14-13-00245-CR**

---

**DONNAVAN RUSSELL WALTON AKA DONAVAN RUSSELL WALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause Nos. 67160 & 67161**

---

# M E M O R A N D U M   O P I N I O N

A jury convicted appellant of being a felon in possession of a firearm and possession of a controlled substance. After a pre-sentence investigation, on March 20, 2013, the trial court sentenced appellant to confinement for 15 years in the Institutional Division of the Texas Department of Criminal Justice in each case,

with the sentences to be served concurrently. Appellant filed a timely notice of appeal in each case.

Appellant's appointed counsel filed a brief in each case in which he concludes each appeal is wholly frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

Copies of counsel's briefs were delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response in each case. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). More than forty-five days have passed, and no pro se response has been filed.

We have carefully reviewed the record and counsel's briefs and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. We need not address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).